```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
       v.                      )
                               )    No. CR-99-40219-DLJ
                               )
                               )
                               )
JERRARDO DEL TORRO MEDINA,     )
                               )
            Defendant,         )
_____)
```

On March 10, 2008 Defendant Jerrardo Del Torro Medina filed a *pro se* motion to reduce the term of his imprisonment pursuant to 18 U.S.C. § 3582(c)(2). On March 16, 2001, the Court sentenced Del Torro Medina to 120 months in prison, the mandatory minimum sentence set by statute. On its face, Del Torro Medina's motion does not make out a claim for relief. Section 3582(c)(2) applies only to prison terms that were imposed pursuant to the United States Sentencing Guidelines (USSG). See id. Del Torro Medina's sentence, by contrast, was imposed pursuant to the mandatory minimum sentence established by 21 U.S.C. 841(b)(1); no part of his sentence was based on the Sentencing Guidelines. Del Torro Medina is therefore not entitled to relief under § 3582(c)(2). His motion is DENIED.

   IT IS SO ORDERED

Dated: March 19, 2008                    _____
                                         D. Lowell Jensen
                                         United States District Judge